IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN MICHAEL CUMMINGS,

      Appellant,

v.

      Case No.  5D21-2714
      LT Case No. 2020-DR-731

SHARON LEA CUMMINGS,

      Appellee.
_____/

Opinion filed July 8, 2022

Appeal from the Circuit Court
for Marion County,
R. Gregg Jerald, Judge.

Laurie D. Hall, of Law Office of
Laurie D. Hall, Ocala, for Appellant.

Mary Catherine Landt, of Mary
Catherine Landt, Attorney at
Law,Ocala, for Appellee.

PER CURIAM.

      We affirm without comment the final judgment dissolving the parties'

marriage with one exception.  Appellant argues that the trial court erred in

awarding attorney's fees to Appellee.  Because the trial court only determined

entitlement but did not determine the amount of attorney's fees, we lack jurisdiction to review that part of the final judgment. *See Johnston v. Johnston*, 278 So. 3d 921, 921 (Fla. 5th DCA 2019).

AFFIRMED in part; DISMISSED in part.

EVANDER, HARRIS and SASSO, JJ., concur.